UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

        Petitioner,

    v.

T. LILLARD,

        Respondent.

Case No. 26-cv-292-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice, and that judgment is entered in favor of respondent T. Lillard and against petitioner Ronald Jermaine Jackson.

DATED: April 17, 2026

MONICA A. STUMP, Clerk of Court

Tina A Gray   Digitally signed by Tina A Gray
Date: 2026.04.17 08:43:08 -05'00'

Approved: _____

**J. PHIL GILBERT**
**DISTRICT JUDGE**